180

No. 51646.—Protests 106833–K, etc., of Hirkos Trading Co. et. al. (New York).

Opinion by CLINE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51647.—Protests 120023–K, etc., of John D. Schweid et al. (Mobile).

Opinion by EKWALL, J.  An examination of the official papers disclosed that the entries were liquidated more than a month after the filing of the protests. Since section 514, Tariff Act of 1930, provides that a protest may be filed against the liquidation of a collector "within sixty days after, but not before such liquidation," it was held that the protests in question were not filed in accordance with law.  The motion to dismiss was therefore granted.

BEFORE THE SECOND DIVISION, APRIL 9, 1947

No. 51648.—Protests 123900–K, etc., of Men's Hats, Inc. (Baltimore).

Opinion by TILSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51649.—Protests 496029–G, etc., of Gimbel Bros., Inc., Delaware (New York).

Opinon by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of United States v. Julius Kayser & Co. (33 C. C. P. A. 179, C. A. D. 333).  In accordance therewith the claim of the plaintiff was sustained.

No. 51650.—Protests 503786–G, etc., of B. F. Montague Co., Inc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of United States v. Julius Kayser & Co. (33 C. C. P. A. 179, C. A. D. 333).  In accordance therewith the claim of the plaintiff was sustained.